AO 450 (Rev. 11/11)   Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Washington

**Jan 15, 2026**

SEAN F. McAVOY, CLERK

JEANENE PHILLIPS, individually

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| FEDERAL EXPRESS CORPORATION F/K/A FEDEX GROUND PACKAGE SYSTEM, INC., a Pennsylvania corporation, and DOES I through V | ) ) ) |
| *Defendant* | ) |

Civil Action No.   2:24-CV-0288-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Pursuant to the Court Order at ECF No 17, the parties' Stipulated Motion to Dismiss (ECF Nos. 15, 16) is GRANTED.
Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is DISMISSED with prejudice, without
assessment by the Court of costs or attorney's fees to either party.
Judgment of Dismissal with prejudice.

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision
was reached.

☑ decided by Judge   Thomas O. Rice. _____

Date:   1/15/2026 _____          *CLERK OF COURT*

s/Sean F. McAvoy
_____
*Signature of Clerk*